FILED BY ____ D.C.

05 DEC 14  PM 12: 07

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                         CR. NO. 05-20293
                                            Judge Breen

TRACY CAMPBELL,
         Defendant

## ORDER ON ARRAIGNMENT

This cause came to be heard on December 14, 2005.  An Assistant United States Attorney for this district appeared on behalf of the government, and the defendant appeared in person and with appointed counsel:

Kemper B. Durand
One Commerce Square, Suite 2900
Memphis, TN 38103
Telephone: 525-8721
Fax:  525-6722
E-mail: durandk@thomasonlaw.com

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

The defendant, who is not in custody, may stand on her present bond.

_____
UNITED STATES MAGISTRATE JUDGE

Charges: 18 USC 1344
Assistant U.S. Attorney assigned to case:
Defendant's Age: 27

This document entered on docket sheet in compliance with Rule 55
and/or Rule 32(b) FRCrP on _____.

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 12-15-05

(40)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 40 in case 2:05-CR-20293 was distributed by fax, mail, or direct printing on December 15, 2005 to the parties listed.

---

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Kemper B. Durand
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Honorable J. Breen
US DISTRICT COURT