IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 DEC 15 PM 3: 46

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA

v.                                          No. 05-20293
                                            Judge Breen
TRACY CAMPBELL,
    Defendant

## ORDER RESCHEDULING REPORT HEARING

This matter current is set for a Report Hearing on Wednesday, December 21, 2005. Upon motion of the defendant, without objection from the government, and for good cause shown, it is **ORDERED** that the Report Hearing in this matter, presently set for December 21, 2005, is rescheduled to January _30_, 2006. _at 9:30 a.m._ Time will be excluded under the Speedy Trial Act.

This _15_ day of December, 2005.

_____
J. Daniel Breen
United States District Judge

Approved:

THOMASON, HENDRIX, HARVEY,
JOHNSON & MITCHELL, PLLC

By: _____
Kemper B. Durand

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _12-16-05_

(41)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 41 in case 2:05-CR-20293 was distributed by fax, mail, or direct printing on December 16, 2005 to the parties listed.

---

Murray B. Wells
HORNE GILLULY & WELLS, PLLC
81 Monroe Ave.
Ste. 400
Memphis, TN 38103

Marvin E. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Kemper B. Durand
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT